```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

ROBERT ZEPECKI, DVM and
VILLAGE ANIMAL GROUP, INC.                            PLAINTIFF

    v.              Civil No. 07-6047

TRISH MARCINO-HADLEY                                  DEFENDANT

## ORDER & JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the parties request a judgment be entered against Defendant Trish Marcino-Hadley based on Plaintiff's acceptance of an offer by Defendant to allow judgment on specified terms. Being well and sufficiently advised in the premises and based on the agreement of the parties, the Court finds that such judgment is appropriate.

It is HEREBY ORDERED AND ADJUDGED that Plaintiff Robert Zepecki, should have and recover of and from Defendant Trish Marcino-Hadley judgment in the amount of $3,000.00, together with costs accrued to date, in full and complete settlement of this claim and cause of action.

That amount shall bear interest from the date of this judgment until paid at the current post-judgment interest rate of 1.94% per annum.

IT IS SO ORDERED this 14th day of May, 2008.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge